# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Francisco Division

| | |
|---|---|
| PENNY L. PATINO,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANKLIN CREDIT MANAGEMENT CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-02695-LB<br><br>**JUDGMENT** |

On May 25, 2017, the court granted the defendants' motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of the defendants, Franklin Credit Management Corporation and Bosco Credit LLC, and against the plaintiff, Penny Patino. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 25, 2017

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT (No. 16-cv-02695-LB)